IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  04-D-1859 (OES)

ERIKA SMIDDY,

    Plaintiff(s),

v.

ASPEN VALLEY HOSPITAL DISTRICT,

    Defendant(s).
_____

**ORDER OF DISMISSAL**
_____

    The parties have filed a Stipulated Motion to Dismiss Action with Prejudice on August 17, 2005.  After a careful review of the Motion and the file, the court concludes that the Motion should be granted and the case should be dismissed with prejudice. Accordingly, it is

    ORDERED that the Stipulated Motion to Dismiss Action With Prejudice is GRANTED, and this case is DISMISSED WITH PREJUDICE, each party to pay their own costs and attorney's fees.

Dated:  August 18, 2005

                                       BY THE COURT:

                                       s/ Wiley Y. Daniel
                                       Wiley Y. Daniel
                                       U. S. District Judge